

# Fourth Court of Appeals
## San Antonio, Texas

### JUDGMENT

No. 04-22-00459-CV

Yasmin **SADAT-MOUSSAVI**,
Appellant

v.

**HEARTHSTONE APARTMENT HOMES**,
Appellee

From the County Court at Law No. 10, Bexar County, Texas
Trial Court No. 2022CV01826
Honorable David J. Rodriguez, Judge Presiding

BEFORE CHIEF JUSTICE MARTINEZ, JUSTICE RODRIGUEZ, AND JUSTICE VALENZUELA

In accordance with this court's memorandum opinion of this date, this appeal is DISMISSED FOR WANT OF PROSECUTION. *See* TEX. R. APP. P. 38.8(a)(1) (allowing appellate courts to dismiss an appeal for want of prosecution when an appellant fails to timely file a brief); *see also* TEX. R. APP. P. 42.3(c) (allowing appellate courts to dismiss an appeal when an appellant fails to comply with a court order). It is ORDERED that no costs are assessed against appellant because she is entitled to proceed without costs. TEX. R. APP. P. 20.1.

SIGNED November 30, 2022.

_____
Liza A. Rodriguez, Justice